USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
OSSIE HAITH,

                    Petitioner,                O R D E R

            - against -                        08 Civ. 6753 (NRB)

JIM WALSH, Superintendent,
Sullivan Correctional Facility,

                    Respondent.
-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Upon reading the petition of Ossie Heath that a writ of habeas corpus be issued to respondent, and the Court in accordance with Rule 4 of the Rules Governing § 2254 (1977), it is hereby

ORDERED, that the Clerk of the Court serve, by certified mail, copies of this Order, the underlying Petition and the Memorandum of Law submitted by petitioner on the Attorney General for the State of New York, and it is further

**ORDERED, that respondent shall file a response to the petition on or before September 22, 2008, and petitioner's reply thereto, if any, is due on or before October 22, 2008; and it is further**

ORDERED, that respondent shall file with its answer the state court record including, but not limited to, trial transcript, sentencing minutes, trial court decision, appellate briefs, appellate decisions, and post-trial motions and decisions.

**SO ORDERED.**

Dated:   New York, New York
         August 7, 2008

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE